THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Marshall Mack,
 Jr., Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

 ON WRIT OF CERTIORARI

Appeal From Lexington County
Marc H. Westbrook, Trial Judge
 William P. Keelsey, Post-Conviction
Relief Judge

Memorandum Opinion No. 2008-MO-049
 Submitted December 4, 2008  Filed
December 8, 2008      

DISMISSED

 
 
 
 Appellate Defender Katherine H. Hudgins, South Carolina Commission
 on Indigent Defense, Division of Appellate Defense, of Columbia, for
 Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Daniel E. Grigg, all of Columbia, for Respondent.
 
 
 

PER
 CURIAM:  Petitioner seeks
 a writ of certiorari from the denial of his application for post-conviction
 relief (PCR).
Because
 there is sufficient evidence to support the PCR judges finding that petitioner
 did not knowingly and intelligently waive his right to a direct appeal, we
 grant certiorari, dispense with further briefing, and proceed with a review of
 the direct appeal issue pursuant to Davis v. State, 288 S.C. 290, 342
S.E.2d 60 (1986).

Petitioners
 appeal is dismissed, after review pursuant to Anders v. California, 386
U.S. 738 (1967).  Counsels motion to be relieved is granted. 

DISMISSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.